```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

BRUCE E. RILEY,                     *
                                    *
    Plaintiff,                     *
                                    *
vs.                                 *   Civil Action No.08-00029-B
                                    *
MICHAEL J. ASTRUE,                  *
Commissioner of Social              *
Security,                           *
                                    *
    Defendant.                     *

## JUDGMENT

In accordance with the Order entered on May 14, 2009, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying claimant benefits be **AFFIRMED.**

**DONE** this the **14th** day of **May, 2009.**

                                              /s/ SONJA F. BIVINS
                                      **UNITED STATES MAGISTRATE JUDGE**